**STATE of Missouri, Respondent,**

v.

**P.W. PETTERSON, Appellant.**

**No. WD 42353.**

Missouri Court of Appeals,
Western District.

May 8, 1990.

P.W. Petterson, Trenton, pro se.

James T. Holcomb, Pros. Atty., Trenton, for respondent.

Before NUGENT, C.J., and FENNER, J., and WASSERSTROM, Senior Judge.

## ORDER

**PER CURIAM.**

Appeal from conviction, after trial by court, of driving while license to operate a motor vehicle was revoked.

Judgment affirmed. Rule 30.25(b).